# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:   ALYSON N. BIALEK                                    Case Number: 04-75222
         633 VIRGINIA ROAD, #314          SSN-xxx-xx-9677
         CRYSTAL LAKE, IL  60014

                                               Case filed on:      10/19/2004
                                               Plan Confirmed on:   2/4/2005
                        P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $60,000.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | WASHINGTON MUTUAL BANK | 0.00 | 0.00 | 30,091.76 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 30,091.76 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 203 | WASHINGTON MUTUAL BANK FA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | ALYSON N. BIALEK | 0.00 | 0.00 | 1,242.19 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,242.19 | 0.00 |
| 001 | STATE FARM BANK | 10,833.35 | 10,833.35 | 10,833.35 | 1,431.48 |
| 002 | VIRGINIA ROAD CONDOS | 2,000.00 | 2,000.00 | 2,000.00 | 209.40 |
| 004 | WASHINGTON MUTUAL BANK | 12,303.86 | 11,954.00 | 11,954.00 | 0.00 |
| 008 | WELLS FARGO HOME MORTGAGE, INC. | 350.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 25,487.21 | 24,787.35 | 24,787.35 | 1,640.88 |
| 005 | ASPIRE VISA | 2,255.26 | 225.53 | 225.53 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 1,520.33 | 152.03 | 152.03 | 0.00 |
| 007 | TARGET | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 3,775.59 | 377.56 | 377.56 | 0.00 |
|  | Grand Total: | 29,262.80 | 25,164.91 | 56,498.86 | 1,640.88 |

Total Paid Claimant:        $58,139.74
Trustee Allowance:          $1,860.26          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:        100.00      discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

        Report Dated:

                                   /s/ Lydia S. Meyer
                                  Lydia S. Meyer, Trustee

        This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

        Dated at Rockford, IL  on 12/30/2008              By  /s/Heather M. Fagan